FAHRINGER & DUBNO

HERALD PRICE FAHRINGER PLLC

ATTORNEYS AT LAW

767 THIRD AVENUE
SUITE 3600
NEW YORK, NEW YORK 10017

———

212-319-5351
FAX 212-319-6657
(NOT FOR SERVICE OF PROCESS)

May 2, 2018

VIA ECF

Hon. William H. Pauley III
United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

        Re:    336 LLC v. City of New York,
                 No. 1:18-cv-3732 (S.D.N.Y.)

Dear Judge Pauley:

     On Friday, April 27, 2018, we brought a constitutional challenge to New York City's adult zoning resolution (Text Amendment N 010508 ZRY) on behalf of bookstores in New York City that offer some adult expression to the public. The case is related to three actions that are currently pending before this Court involving challenges brought to the same Text Amendment by cabarets. See MLB Enterprises v. City of New York, No. 1:02-cv-4431-WHP; 59 Murray Corp. v. City of New York, No. 1:02-cv-4432-WHP; and Club at 60th Street v. City of New York, No. 1:02-cv-8333-WHP.

     If it is acceptable to the Court, counsel for the Defendants have agreed that the briefing schedule in our case will track the briefing schedule in the related cases. In that regard, our motion for a Preliminary Injunction will be filed by May 23, 2018. The Defendants will file any opposition and response to the Complaint by June 27, 2018. The Plaintiffs may file a reply by July 10, 2018. The parties will advise the Court by July 10, 2018, whether an evidentiary hearing is necessary. And, if authorized by the Court, oral argument can be held

on July 26, 2018, which is the date set for oral argument of the cabarets' related motions for Preliminary Injunction.

We very much appreciate the Court's consideration in this regard.

                                              Respectfully submitted,

                                              /s/ Erica T. Dubno, Esq.
                                              Erica T. Dubno, Esq.
                                              Counsel for the Plaintiff

Cc: VIA ECF

All counsel in:

<u>336 LLC v. City of New York</u>,  No. 1:18-cv-3732
<u>MLB Enterprises v. City of New York</u>, No. 1:02-cv-4431
<u>59 Murray Corp. v. City of New York</u>, No. 1:02-cv-4432
<u>Club at 60th Street v. City of New York</u>, No. 1:02-cv-8333