UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
725 EATERY CORP., etc., *et ano.*,           :

                                     Plaintiffs,   :

          - against -                                     :         Civil Action No.
                                                        02 CV 4431 (WHP)

THE CITY OF NEW YORK, et al.,               :

                                     Defendants.   :
------------------------------------------------------------X
59 MURRAY ENTERPRISES INC., etc., *et al.*,   :

                                     Plaintiffs,   :

         - against -                                      :         Civil Action No.
                                                        02 CV 4432 (WHP)

THE CITY OF NEW YORK, et al.,               :

                                       Defendants.   :
------------------------------------------------------------X
CLUB AT 60TH STREET, INC., etc., *et al.*,   :

                                     Plaintiffs,   :

         - against -                                      :         Civil Action No.
                                                      02 CV 8333 (WHP)

THE CITY OF NEW YORK,                         :

                                     Defendant.   :
------------------------------------------------------------X

**SUPPLEMENTAL AND CORRECTING DECLARATION OF MICHAEL BERZAK
REGARDING ADULT BUSINESS SITES IN SUPPORT OF
<u>PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION</u>**

      I, MICHAEL BERZAK, hereby declare as follows:

      1.     My name is Michael David Berzak. I have personal knowledge of the facts stated herein and submit this declaration to correct the misstatement of the number "84" in my

previously filed Declaration Regarding Adult Business Sites filed in support of Plaintiffs' motions for preliminary injunction.

2. Paragraph 35 of my Declaration Regarding Adult Business Sites erroneously stated that "we found 84 zoning lots . . . ." That number should have been "85."

I declare under penalty of perjury that the foregoing is true and correct.

Executed this O2 day of January, 2019, within the United States of America, at New York, New York,

Michael Berzak

2