UNITED STATES DISTRICT
COURT SOUTHERN DISTRICT OF
NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/2024___

------------------------------------------------------------------------X
689 EATERY CORP., etc. *et ano*,

            Plaintiffs,

    -v-

CITY OF NEW YORK, *et al.*,

            Defendants.
------------------------------------------------------------------------X

02-cv-4431 (LJL)

ORDER

------------------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC. etc., *et ano.*,

            Plaintiffs,

    -v-

CITY OF NEW YORK, *et al.*,

            Defendants.
------------------------------------------------------------------------X

02-cv-4432 (LJL)

ORDER

------------------------------------------------------------------------X
CLUB AT 60TH STREET, *et al.*,

            Plaintiffs,

    -v-

CITY OF NEW YORK,

            Defendant.
------------------------------------------------------------------------X

02-cv-8333 (LJL)

ORDER

------------------------------------------------------------------------X
336 LLC, etc., *et al.*,

            Plaintiffs,

    -v-

CITY OF NEW YORK,

            Defendant.
------------------------------------------------------------------------X

18-cv-3732 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    In light of the Court's decision on February 9, 2024, all motions for summary judgment

by all parties are denied as moot.

The Clerk of Court is respectfully directed to close to following docket numbers:

     In action 02-cv-4431, Dkt. Nos. 219, 221, and 223

     In action 02-cv-4432, Dkt. Nos. 177, 179, and 181

     In action 02-cv-8333, Dkt. Nos. 196, 198, and 200

     In action 18-cv-3732, Dkt. No. 171, 173, and 177.

SO ORDERED.

Dated: February 12, 2024
     New York, New York

                                 LEWIS J. LIMAN
                        United States District Judge