```
                                                              USDC SDNY
                                                              DOCUMENT
  UNITED STATES DISTRICT                                      ELECTRONICALLY FILED
  COURT SOUTHERN DISTRICT OF                                  DOC #:_____
  NEW YORK                                                    DATE FILED: 2/22/2024
------------------------------------------------------------------X
689 EATERY CORP., etc. et ano,                    :
                    Plaintiffs,                   :
                                                  :           02-cv-4431 (LJL)
       -v-                                        :
                                                  :              ORDER
CITY OF NEW YORK, et al.,                         :
                    Defendants.                   :
------------------------------------------------------------------X

------------------------------------------------------------------X
59 MURRAY ENTERPRISES, INC. etc., et ano.,        :
                    Plaintiffs,                   :
                                                  :           02-cv-4432 (LJL)
       -v-                                        :
                                                  :              ORDER
CITY OF NEW YORK, et al.,                         :
                    Defendants.                   :
------------------------------------------------------------------X

------------------------------------------------------------------X
CLUB AT 60TH STREET, et al.,                      :
                    Plaintiffs,                   :
                                                  :           02-cv-8333 (LJL)
       -v-                                        :
                                                  :              ORDER
CITY OF NEW YORK,                                 :
                    Defendant.                    :
------------------------------------------------------------------X
------------------------------------------------------------------X
336 LLC, etc., et al.,                            :
                    Plaintiffs,                   :
                                                  :           18-cv-3732 (LJL)
       -v-                                        :
                                                  :              ORDER
CITY OF NEW YORK,                                 :
                    Defendant.                    :
------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The Clerk of Court is respectfully directed to enter judgment in each of the above-captioned cases.

2

SO ORDERED.

Dated: February 22, 2024
      New York, New York

_____
LEWIS J. LIMAN
United States District Judge